NEBRASKA LAND, STOCK-GROWING & INVESTMENT COM-
PANY V. FIRST NATIONAL BANK OF MINDEN ET AL.

FILED MAY 5, 1897.  No. 7292.

**Review: JUDGMENT.** The record examined and the conclusion reached
that the verdict and judgment complained of were the only ones
that could have been correctly returned and rendered on the un-
disputed evidence in the case.

ERROR from the district court of Kearney county.
Tried below before BEALL, J.  *Affirmed.*

*Francis G. Hamer,* for plaintiff in error.

*J. L. McPheely* and *G. L. Godfrey, contra.*

RAGAN, C.

In the district court of Kearney county the Nebraska
Land, Stock-Growing & Investment Company brought
this action in replevin for some live stock against the
First National Bank of Minden and others.  The trial
resulted in a verdict and judgment in favor of the defend-
ants below, and the stock company prosecutes here a peti-
tion in error.

We have carefully examined the pleadings, the evi-
dence, and the instructions of the court and reached the
conclusion that the record contains no error prejudicial
to the parties complaining here.  Indeed, the verdict and
judgment returned and rendered are the only ones that
could have been rightfully returned and rendered under
the undisputed evidence in the case.  The district court,
when the plaintiff below rested its case, should have in-
structed the jury to return a verdict for the bank.  The
record presents no question of law, and the judgment of
the district court is

AFFIRMED.